UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRIAN C. HUFFMAN,

    *Plaintiff*,

v.

THE HONORABLE JEH JOHNSON,
Secretary of Homeland Security,

    *Defendant*.

Civil Action No. 16-0861 (RBW)

## DEFENDANT'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT

Defendant, The Honorable Jeh Johnson, in his official capacity as the Secretary of Homeland Security, through counsel, respectfully moves to dismiss Plaintiff's Complaint in part under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) and for summary judgment as to any remaining claims.

First, Counts I and II should be dismissed as time-barred. Second, the Court should dismiss Counts I and II because they present claims involving non-justiciable military personnel decisions and seek relief that the Court does not have the authority to award. Third, Count II should be dismissed because Plaintiff fails to state a constitutional due process claim upon which the Court may grant relief. Finally, Defendant is entitled to summary judgment on all Counts, because the Administrative Record establishes that the decisions of the Coast Guard's Board for Correction of Military Records that Plaintiff challenges were neither arbitrary nor capricious, nor contrary to law.

In support of this motion, Defendant submits the attached memorandum of points of authorities, proposed order, and certified index of the administrative record.

1

| | |
|---|---|
| August 26, 2016 | Respectfully submitted,<br><br>CHANNING D. PHILLIPS<br>D.C. Bar 415793<br>United States Attorney<br><br>DANIEL F. VAN HORN<br>D.C. BAR 924092<br>Chief, Civil Division |

By:  /s/ Daniel P. Schaefer
DANIEL P. SCHAEFER
D.C. BAR 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov

Of Counsel:

Matthew Giffin
U.S. Coast Guard
Office of Claims and Litigation (CG-LCL)
Office of the Judge Advocate General
Department of Homeland Security